■ In the Matter of MICHAEL G. WHITNEY, Appellant, v DENISE T. WHITNEY, Respondent. (Appeal No. 4.) [60 NYS3d 922]—Appeal from an order of the Family Court, Erie County (Michael F. Griffith, J.), entered August 6, 2015 in a proceeding pursuant to Family Court Act article 6. The order granted the motion of the Attorney for the Child to dismiss the amended petition for modification of a prior custody order.

923]—Appeal from an order of the Family Court, Erie County (Michael F. Griffith, J.), entered August 6, 2015 in a proceeding pursuant to Family Court Act article 6. The order granted the motion of respondent to dismiss the petitions and amended petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Whitney v Whitney* ([appeal No. 3] 154 AD3d 1295 [2017]). Present—Centra, J.P., Carni, Lindley, Troutman and Winslow, JJ.